1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9                              ----oo0oo----

10

11   HEATHER MICHELLE WELCH, an              No. 2:22-cv-01800 WBS DB
     individual,
12
                    Plaintiff,
13                                           ORDER
          v.
14
     NISSAN NORTH AMERICA, INC., a
15   Delaware Corporation,

16                  Defendant.

17

18                              ----oo0oo----

19        The court has received the parties' Joint Notice of

20   Settlement filed February 21, 2024.  (Docket No. 13.)  In light

21   of the parties' representations that plaintiff intends to file a

22   motion for attorney's fees, costs, and expenses, as those issues

23   have not been resolved, the pretrial conference set for February

24   26, 2024 at 1:30 p.m. is hereby converted to an in-person status

25   conference.

26        IT IS SO ORDERED.

27   Dated:  February 22, 2024
                                   WILLIAM B. SHUBB
28                                 UNITED STATES DISTRICT JUDGE
                                        1