**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER MICHELLE WELCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendant. | Case No: 2:22-cv-01800-WBS-DB<br><br>*Assigned to the Hon William B. Shubb*<br>*Magistrate Judge: Deborah Barnes*<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>[Filed concurrently with Joint Stipulation To Continue Status Conference] |

- 1 -
**ORDER**

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, HEATHER MICHELLE WELCH, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses have not resolved, and Plaintiff intends to file a noticed motion.

Upon review of the Parties' Joint Stipulation to Continue the February 26, 2024, Status Conference, the Court Ordered the following:

1. The February 26, 2024, Status Conference is continued to **March 11, 2024 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: February 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE