UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| HEATHER MICHELLE WELCH, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>            Defendant. | No. 2:22-cv-01800 WBS DB<br><br>ORDER |

----oo0oo----

Plaintiff has filed motions in limine in this case in which trial will begin on April 30, 2024.  (Docket Nos. 21-25.)  However, the pretrial order in this case stated "[n]o further motions shall be brought before trial except upon order of the court and upon a showing of manifest injustice."  (Docket No. 19 at 3.)  The pretrial order also stated that "[a]ny objections or suggested modifications to this Pretrial Order shall be filed and served within seven days from the file-stamped date of this Order."  (Id. at 4.)  No objections or modifications were filed.

1

Accordingly, plaintiff is ORDERED TO SHOW CAUSE on or before April 18, 2024 why sanctions should not be imposed for violation of the court's pretrial order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

The court will hear the motions in limine on Monday, April 22, 2024 at 1:30 p.m. in Courtroom 5.  Defendant shall file its responses to the motions in limine by 5:00 p.m. on April 18, 2024.  Personal appearances are required at the April 22, 2024 hearing.

IT IS SO ORDERED.

Dated:  April 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2