UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MICHELLE WELCH, an individual,<br><br>            Plaintiff,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No.: 2:22-cv-01800-WBS-DB<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, and the Court continues to retain jurisdiction over this action for ninety (90) days.

**IT IS SO ORDERED.**

Dated:  April 18, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE